JUSTIN THOMAS ALLEN, State Bar Number 238195
LAW OFFICES OF ALLEN & MARLES,
A Professional Law Corporation
601 E. Main Street
Turlock, California 95380
Telephone: (209) 656-6705
Fax: (209) 656-6757

Attorney for CHRISTOPHER M. SOUZA and all others similarly situated.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. SOUZA, and all others similarly situated. <br> Plaintiff, <br><br> vs. <br><br> PACIFIC BELL TELEPHONE COMPANY, INC., AT & T COMMUNICATIONS OF CALIFORNIA, INC., SBC COMMUNICATIONS, INC., AT&T, INC., COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, and DOES 1-100, <br> Defendants. | Case No. 1:07-CV-01817-OWW DLB <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AT&T, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC. AND SBC COMMUNICATIONS, INC.** |

PLAINTIFF, CHRISTOPHER M. SOUZA, on behalf of himself and all others similarly situated requested DISMISSAL OF THE FOLLOWING DEFENDANTS WITHOUT PREJUDICE:

---

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AT&T, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC. AND SBC COMMUNICATIONS, INC.    1

PDF created with pdfFactory trial version www.pdffactory.com

AT&T, INC., AT&T COMMUNICATIONS OF CALIFORNIA, AND SBC COMMUNICATIONS, INC.

The request is made based on the finding that these entities did not employ Mr. Souza and they apparently were not involved in the decision to discharge him from his employer.

**IT IS HEREBY ORDERED.**

AT&T, INC., AT&T COMMUNICATIONS OF CALIFORNIA, AND SBC COMMUNICATIONS, INC. are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: February 12, 2008

                         By:  /s/ OLIVER W. WANGER
                              Judge Oliver Wanger
                              Hon. Judge of the Federal District Court

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AT&T, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC. AND SBC COMMUNICATIONS, INC.

2

PDF created with pdfFactory trial version www.pdffactory.com