| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | PAULA M. WEBER  # 121144 |
| 2 | THOMAS N. MAKRIS  # 104668 |
| | LARA-BEYE MOLINA  # 251560 |
| 3 | 50 Fremont Street |
| | San Francisco, CA  94105-2228 |
| 4 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 5 | |
| | Attorneys for Defendant |
| 6 | PACIFIC BELL TELEPHONE COMPANY, INC. |
| 7 | LAW OFFICES OF ALLEN & MARLES P.C. |
| | JUSTIN THOMAS ALLEN # 238195 |
| 8 | 601 E. Main Street |
| | Turlock, CA 95380 |
| 9 | Telephone: (209) 656-6705 |
| | Facsimile: (209) 656-6757 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | CHRISTOPHER M. SOUZA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER M. SOUZA, and all others similarly situated, | ) ) ) | No. 1:07-CV-01817-OWW DLB |
| Plaintiff, | ) ) ) | <u>STIPULATION AND ORDER TO AMEND THE COMPLAINT AND EXTEND THE TIME FOR DEFENDANT'S RESPONSE</u> |
| vs. | ) ) | |
| PACIFIC BELL TELEPHONE COMPANY, INC., AT & T COMMUNICATIONS OF CALIFORNIA, INC., SBC COMMUNICATIONS, INC., AT&T, INC., COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, and DOES 1-100, | ) ) ) ) ) ) ) ) ) ) | JUDGE OLIVER W. WANGER |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 83-143(a)(1), Plaintiff CHRISTOPHER M. SOUZA ("Plaintiff") and Defendant PACIFIC BELL

TELEPHONE COMPANY ("Pacific Bell"), agree to the following:

1. Plaintiff may amend his Complaint to strike the following:

   a. The following portions of <u>Jurisdiction and Venue</u>, page 1, lines 6-7: "and under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201 et seq.,"

   b. The following portions of <u>Jurisdiction and Venue</u>, page 1, line 9: "AT&T COMMUNICATIONS OF CALIFORNIA, INC."

   c. The following portions of <u>General Allegations</u>, page 4, lines 27: "("FLSA")"

   d. The following portions of <u>Second Count, Violation of California Business and Professions Code § 17200, et seq.</u>, page 9, lines 26-28: "Defendant also breached the 2004 Contract made between the Defendant Employer and Defendant Union in terminating the Plaintiff without just cause. Finally, the Defendant violated the Fair Labor Standards Act by failing to provide the Plaintiff with adequate rest & meal breaks as mandated by law."

   e. The following portions of <u>Third Count, Violation of California Labor Code Section 226.7</u>, page 13, line 21: "& Federal"

2. Plaintiff may amend his Complaint define or describe the class of persons to which Pacific Bell allegedly denied meal or rest breaks in violation of California Labor Code section 226.7.

3. If Plaintiff chooses to make the above amendments, he will file an amended Complaint by May 2, 2008.

4. Pacific Bell will have ten days to respond to Plaintiff's amended Complaint from the date that Plaintiff amends his Complaint. If Plaintiff does not amend his Complaint by May 2, 2008, Pacific Bell will have ten days to respond to the Plaintiff's Complaint submitted April 9, 2008.

1     Dated: April 25, 2008

2                     PILLSBURY WINTHROP SHAW PITTMAN LLP
                      PAULA M. WEBER

3                     THOMAS N. MAKRIS
                    LARA-BEYE MOLINA

4                     50 Fremont Street
                    Post Office Box 7880

5                     San Francisco, CA 94120-7880

6

7                     By /s/ Lara-Beye Molina
                             LARA-BEYE MOLINA

8                         Attorneys for Defendant
                      PACIFIC BELL TELEPHONE COMPANY

9

10                   LAW OFFICES OF ALLEN & MARLES P.C.
                  JUSTIN THOMAS ALLEN

11                   601 E. Main Street
                  Turlock, CA 95380

12

13

14                   By /s/ Justin Thomas Allen  (as authorized on April 25, 2008)
                        JUSTIN THOMAS ALLEN
                        Attorneys for Plaintiff

15                         CHRISTOPHER M. SOUZA

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **ORDER** |

2   Having read the foregoing Stipulation to Amend the Complaint and Extend the Time
3   for Defendant's Response and, good cause appearing therefore;

4   **IT IS HEREBY ORDERED:**

5   That the Plaintiff be permitted to amend his Complaint as set forth above and that the
6   Defendant's time for responding to Plaintiff's Complaint be extended as set forth above.

7

8   Dated: May 5, 2008            /s/ *Dennis L. Beck*
                                  Dennis L. Beck, U.S. Magistrate Judge

STIPULATION AND ORDER TO AMEND THE COMPLAINT AND EXTEND THE TIME FOR DEFENDANT'S RESPONSE