UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. SOUZA, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, and DOES 1-100,<br><br>　　　　　Defendants. | 1:07-cv-1817 OWW DLB<br><br>ORDER TO SHOW CAUSE |

　　　The Scheduling Conference was held June 25, 2008.  The Plaintiff did not appear.  Defendant, Pacific Bell Telephone Company, Inc., appeared by Pillsbury Winthrop Shaw Pittman LLP by Thomas N. Makris, Esq.

　　　The Court has authorized the withdrawal of counsel for Plaintiff and by Court Order of May 5, 2008, Plaintiff's attorney was permitted to withdraw.

　　　Plaintiff is unrepresented and has stated to attorneys for Defendant, Pacific Bell, that he intends to dismiss the case.  A stipulation for dismissal was forwarded to Plaintiff.  No

1

response has been received from Plaintiff.

No substitute attorney has entered the case on behalf of Plaintiff.  Plaintiff has been advised that he cannot appear in a representative capacity for others as he is not a licensed and practicing attorney in the State of California or a member of the bar of this Court.

Plaintiff has taken no action and is not communicating with Defendants in this case.

In view of the Plaintiff's failure to communicate, the present schedule is suspended pending a determination of the future progress of this case.

Plaintiff, Christopher M. Souza, shall show cause, if any he has, why this case should not be dismissed for his failure to prosecute.

The hearing on this Order to Show Cause shall be held July 28, 2008, at 10:00 a.m. in Courtroom 3 of this Court at 2500 Tulare Street, Fresno, California 93721.

IT IS SO ORDERED.

**Dated:   July 1, 2008**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE