UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
CHRISTOPHER M. SOUZA, and all )
others similarly situated,    )
                              )
                              )
            Plaintiff,        )   1:07-cv-1817 OWW DLB
                              )
     v.                       )   ORDER DISMISSING ACTION
                              )   FOR LACK OF PROSECUTION
COMMUNICATIONS WORKERS OF     )
AMERICA LOCAL 9333 UNION,     )
AFL-CIO, COMMUNICATIONS       )
WORKERS OF AMERICA DISTRICT 9 )
UNION AFL-CIO and DOES 1-100  )
                              )
                              )
            Defendant.        )
                              )
                              )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to respond to a court order and failure to prosecute.

IT IS SO ORDERED.

1

Dated:     July 30, 2008                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE